# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

STATE OF WISCONSIN INVESTMENT  
BOARD, et al.,

                  Plaintiffs,

vs.

HAROLD RUTTENBERG, et al.,

                  Defendants.

MISCELLANEOUS DOCKET NO. 3:01mc50-

NORTHERN DISTRICT OF ALABAMA:

CV 99-BU-3097-S  
and  
CV 99-BU-3129-S

## PLAINTIFF STATE OF WISCONSIN INVESTMENT BOARD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA, AND TO SHORTEN TIME ALLOWED FOR RESPONSE PURSUANT TO LOCAL RULE 7.1

Plaintiff State of Wisconsin Investment Board hereby moves the court for an order compelling Bank of America, N.A. to comply with a properly served subpoena duces tecum pursuant to Rule 45 of the Federal Rules of Civil Procedure, and to shorten time for response pursuant to Local Rule 7.1. The grounds for this motion are set forth in the accompanying Memorandum of Law.

DATED: June 14, 2001

Gary Mauney, Esq.  
Law Offices of William F. Maready  
1076 West Fourth Street  
Suite 100  
Winston-Salem, NC 27101-4010  
Phone: (336) 722-1027  
Facsimile: (336-722-1028

**LOCAL COUNSEL**

J. Michael Rediker, Esq.  
Thomas L. Krebs, Esq.  
Patricia Diak, Esq.  
HASKELL SLAUGHTER YOUNG & REDIKER, L.L.C.  
1200 AmSouth/Harbert Building  
1901 - 6th Avenue North  
Birmingham, AL 35203

Stuart M. Grant, Esq.
Megan D. McIntyre, Esq.
Diane Zilka, Esq.
GRANT & EISENHOFER, P.A.
1220 N. Market Street, Suite 500
Wilmington, DE 19801

M. Clay Ragsdale, Esq.
LAW OFFICES OF M. CLAY RAGSDALE
550 Farley Building
1929 Third Avenue North
Birmingham, AL 35203

Steven E. Cauley, Esq.
CAULEY GELLER BOWMAN & COATES, LLP
Suite 201
11311 Arcade Drive
Little Rock, AR 72212

**CO-LEAD COUNSEL FOR PLAINTIFFS AND PROPOSED CLASS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff State of Wisconsin Investment Board's Motion to Compel Production of Documents Pursuant to Subpoena, and to Shorten Time Allowed for Response Pursuant to Local Rule of Procedure 7.1 and supporting Memorandum has been served upon the following counsel of record as indicated below and in the manner indicated below on this 14th day of June, 2001:

## By United States Postal Service/First Class Mail

Crawford S. McGivaren, Jr., Esq.
CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL
2001 Park Place North, Suite 700
Birmingham, AL 35203

John G. Despriet, Esq.
David C. Newman, Esq.
James E. Connelly. Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree St., NE
Promenade II, Suite 3100
Atlanta, GA 30309-3592

Luther M. Dorr, Jr., Esq.
N. Lee Cooper, Esq.
MAYNARD, COOPER & GALE, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Dennis J. Block, Esq.
Jennifer L. Hurley, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, N.Y. 10038

John B. Missing, Esq.
Lawrence H. Cooke II, Esq.
BROBECK, PHLEGER & HARRISON, LLP
1333 H. Street N.W., Suite 800
Washington, D.C. 20005

Scott Tyler, Esquire
Moore & Van Allen, PLLC
100 North Tryon Street, 47th Street
Charlotte, NC 28202-4003

James W. Gewin, Esq.
Joseph B. Mays, Esq.
Dylan C. Black, Esq.
BRADLEY, ARANT, ROSE & WHITE LLP
2001 Park Place, Suite 1400
Birmingham, AL 35203-2736

W. Stancil Starnes, Esq.
Bryan O. Balough, Esq.
Jay M. Ezelle, Esq.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512

Michael J. Mallone, Esq.
Paul A Straus, Esq.
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Antonio Yanez, Jr., Esq.
Michael R. Young, Esq.
WILLKIE FARR & GALLAGHER
The Equitable Center
787 Seventh Avenue
New York, NY 10019-6099

Lee H. Zell, Esq.  
Michael L. Edwards, Esq.  
BALCH & BINGHAM  
1710 Sixth Avenue North  
P.O. Box 306  
Birmingham, AL 35201

William J. Baxley, Esq.  
David McKnight, Esq.  
BAXLEY, DILLARD, DAUPHIN & MCKNIGHT  
2008 Third Avenue South  
Birmingham, AL 35233

_____  
Gary V. Mauney